UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>    v.<br><br>EDGAR FELIX,<br><br>      Defendant. | Case / Citation No. 6552383<br><br>DEFENDANT'S REQUEST FOR WAIVER OF APPEARANCE; ORDER |

    Defendant hereby requests a Court Order waiving his/her appearance at his/her arraignment hearing, scheduled for April 4, 2017 at 8:00 a.m. Defendant resides in Lancaster, California and it would be a financial hardship for him/her to travel to Bakersfield, California for the scheduled hearing. For this reason, it is in the interest of justice to waive his/her presence at the upcoming hearing.

    Defendant hereby waives his/her presence at the arraignment hearing on April 4, 2017 at 8:00 a.m. and requests the Court proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she was personally present. This request is made pursuant to Fed. R. Crim. P. 43(b)(2).

Dated: 4-10-2017        *[signature]*
                                   Defendant (Signature)

Dated: April 7, 2017      *[signature]*
                                   Defendant's Counsel

### **ORDER**

    GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on     April 4  , 2017.

Dated:    4/11/17    *[signature: Jennifer L. Thurston]*
                                   Jennifer L. Thurston
                                   U.S. Magistrate Judge